# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
United Terex )    ASBCA No. 59015
)
Under Contract No. N00104-09-C-K094 )

APPEARANCE FOR THE APPELLANT:      Jeff Ifrah, Esq.
                                     Ifrah Law
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Ronald J. Borro, Esq.
                                     Navy Chief Trial Attorney
                                   Robert L. Kois, Jr., Esq.
                                     Trial Attorney
                                     Naval Inventory Control Point
                                     Mechanicsburg, PA

## ORDER OF DISMISSAL

The dispute has been settled.

The appeal is dismissed with prejudice.

Dated: 11 March 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59015, Appeal of United Terex, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals